UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:07-CR-60(2) |
| | ) | |
| ADELFO CRUZ-VITE | ) | |

## ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on September 12, 2007 [Doc. No. 28].  Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Adelfo Cruz-Vite's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2).

SO ORDERED.

ENTERED:    October 9, 2007

         /s/ Robert L. Miller, Jr.
         Chief Judge
         United States District Court